[No. 37840-6-I.    Division One.    July 21, 1997.]
THE CITY OF REDMOND, *Appellant*, v. HARTFORD
ACCIDENT AND INDEMNITY INSURANCE COMPANY, ET
AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 94-2-08136-5, Robert H. Alsdorf, J., entered October 13 and November 28, 1995, and February 26, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Webster, J. Now published at 88 Wn. App. 1.

[No. 38043-5-I.    Division One.    July 21, 1997.]
MICKEY W. TAYLOR, ET AL., *Appellants*, v.
CONTINENTAL INSURANCE COMPANY, ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King County, No. 94-2-11551-1, John M. Darrah, J., entered October 18, 1995 and January 19, February 8 and September 15, 1996. *Reversed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 38101-6-I.    Division One.    July 21, 1997.]
LARRY OWEN, ET AL., *Respondents*, v. ORDELL YADON,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-19746-2, Carol A. Schapira, J., entered January 18, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 38114-8-I.    Division One.    July 21, 1997.]
LARRY D. ZAHNOW, *Appellant*, v. THE CITY OF
SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-21899-7, George A. Finkle, J., entered January 12, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, J.; Agid, J., concurring separately.